AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Nuxeo Corporation <br><br> *Plaintiff(s)* <br> v. <br> Lone Star Document Management, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. **16-cv-935 WFK-RER** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lone Star Document Management, LLC
555 Republic Drive, 2nd Floor
Plano, Texas 75074

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joseph M. Drayton
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: **2/25/2016**                                      **s/Kimberly Davis**
*Signature of Clerk or Deputy Clerk*

